**Antone L. OWENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41893.**

Missouri Court of Appeals,
Western District.

Aug. 21, 1990.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 27.26 (repealed 1987) motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).